IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 14-1185-SCW |
| | ) | |
| TIMOTHY R. VEATH, JASON N. HART, REBECCA COWEN, and SERGEANT SHULTZ, | ) | |
| | ) | |
| Defendant(s). | | |

**JUDGMENT IN A CIVIL CASE**

Defendant Sergeant Shultz was dismissed without prejudice on November 24, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 8).

The remaining claims are dismissed with prejudice and without costs in accordance with Order entered January 3, 2018 by Magistrate Judge Stephen C. Williams (Doc. 93).

THEREFORE, judgment is entered in favor of Defendants Timothy R. Veath, Jason N. Hart, and Rebecca Cowen, and against Plaintiff Christopher Neal.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 13th day of July, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

BY:s/ Angela Vehlewald
Deputy Clerk

Approved by  s/ Stephen C. Williams
United States Magistrate Judge
Stephen C. Williams